Opinion issued April 16, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00047-CV

## NO. 01-26-00053-CV

_____

## IN RE: THE COMMITMENT OF JOHN LEWIS JR., Appellant

On Appeal from the Probate Court No. 4
Harris County, Texas
Trial Court Case No. i385936 and i385936-01

## MEMORANDUM OPINION

In appellate case number 01-26-00047-CV, appellant appealed from a writ of commitment, signed January 5, 2026, committing him to Kingwood Pines for observation and/or treatment for a period not to exceed forty-five (45) days. In case number 01-26-00053-CV, appellant appealed the order signed January 5, 2026, authorizing the administration of medication. On February 5, 2026, appellant's

counsel filed a notice of dismissal of the two appeals, stating that she had been unable to meet with appellant and believes that appellant no longer wishes to pursue the appeal. We construe this notice as a motion to dismiss.

The Court issued an order in both appeals on March 19, 2026, abating and remanding to the trial court for a hearing to determine if appellant had abandoned the appeals or no longer wishes to pursue the appeals. On April 1, 2026, the hearing record was filed containing appellant's testimony that, because he was no longer committed to Kingwood Pines, he did not wish to pursue the appeals of the two orders of January 5, 2026.

We lift the abatement and reinstate the appeals on the active docket. Because appellant has testified that he no longer wishes to appeal the orders committing him to Kingwood Pines and authorizing Kingwood Pines to administer medication, we grant appellant's motion to dismiss the two appeals.

We dismiss these appeals. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Any other pending motions in these cases are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.

2